IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR267 |
| | ) | |
| V. | ) | |
| | ) | |
| ANA LUZ MEZA-GENCHI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon advice from the United States Marshal and the Assistant United States Attorney that the defendant has fled, a warrant has been issued, but the defendant has not yet been apprehended,

IT IS ORDERED that the sentencing hearing scheduled for tomorrow, January 25, 2013, is cancelled and will be rescheduled when the defendant is apprehended.

DATED this 24th day of January, 2013.

BY THE COURT:

S/ *Richard G. Kopf*
Senior United States District Judge