IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR267 |
| | ) | |
| v. | ) | |
| | ) | |
| ANA LUZ MEZA-GENCHI, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has failed to appear for sentencing. I am in receipt of an ethics complaint filed by the defendant against Alberto Silva, the defendant's former lawyer.[1] The complaint has been referred to me by Dennis G. Carlson, Nebraska's Discipline Counsel. After reviewing the referral and this court file,

IT IS ORDERED that:

1.   The Clerk shall file this Memorandum and Order and the letter with attachments from Mr. Carlson as *restricted* documents in this criminal case.

2.   The United States Marshal is herewith advised that the whereabouts of the defendant may be ascertained from reading the attachments to Mr. Carlson's letter. The Clerk shall provide the United States Marshal with a copy of this Memorandum and Order and the attachments.

---

[1] The defendant is now represented by Karen M. Shanahan, an Assistant Federal Public Defender.

3.      The Clerk shall open a new attorney discipline (AD) case and provide me with the number. This new AD matter will be handled exclusively by the undersigned and not Judge Zwart. The Clerk shall conform her records accordingly.  The Clerk shall file this Memorandum and Order and the letter with attachments from Mr. Carlson as *sealed* documents in this new AD case. No action on the new AD case will be taken until the criminal case is complete.

4.      My chambers shall provide a copy of this Memorandum and Order to Judge Zwart.

5.      My chambers shall call the AD case to my attention upon resolution of this criminal case.

DATED this 2nd day of April, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

2