IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR267 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANA LUZ MEZA-GENCHI, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant self-surrendered to the United States Marshals today and a hearing was held by the undersigned.  After consultation with counsel, Pretrial Services Assistant Theresa Rerucha and the United States Marshals Service,

IT IS ORDERED that:

(1)     A telephonic status conference with counsel of record, United States Probation Officer Laura Baumann, and United States Pretrial Services Officer Mindy Bare is set on Wednesday, June 25, 2014, at 1:00 p.m.  My chambers staff will coordinate the call.

(2)     Counsel for the defendant, Hugh Abrahamson, is ordered to immediately advise the prosecutor if he has any reason to believe that Immigration and Customs Enforcement (I.C.E.) has or is threatening to take the defendant into custody.  Mr. Abrahamson has agreed to this provision.

(3)     At the status conference and among other things, the lawyers, the Probation Officer and the Pretrial Services Officer should be prepared to discuss the following: (a) whether this matter will be resolved by plea or trial; (b) whether an additional presentence report is required; and (c) the defendant's performance while on pretrial release.

(4)     The Pretrial Services Assistant contacted the I.C.E. agent and the I.C.E. agent verbally withdrew the detainer that was filed this morning.  The I.C.E. agent promised to send the paperwork to the United States Marshals Service within ten minutes.  Therefore, the United States Marshals Service is herewith ordered to release the defendant.

(5)   An order setting conditions of release will be entered separately.

(6)   Karen Shanahan, Assistant Federal Public Defender, is hereby relieved of any further obligation to the defendant.

(7)   The time between today's date and the June 25, 2014 status conference is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161.

Dated May 16, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge