IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR267 |
| V. | ) | |
| ANA LUZ MEZA-GENCHI, | ) | ORDER |
| Defendant. | ) | |

Upon the advice of defense counsel, and to correct my error,

IT IS ORDERED that the defendant shall reside at the Friendship Home in Lincoln, Nebraska rather than Omaha, Nebraska. The Order Setting Conditions of Release (filing no. 52 p. 2) is amended accordingly.

DATED this 19th day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge